IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDY ALVARENGA-LOPEZ,　　　　\*

　　Petitioner,　　　　　　　　\*

v.　　　　　　　　　　　　　　\*　　　Civil Action No. GLR-26-1592

NIKITA BAKER, et al.,　　　　　\*

　　Respondents.　　　　　　　\*

　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　\*\*\*

## **ORDER**

Upon consideration of Petitioner Fredy Alvarenga-Lopez's Petition for Writ of Habeas Corpus filed on April 23, 2026 (ECF No. 1), the Court orders the Parties to consult with one another and file either a joint briefing schedule or a joint notice informing the Court of the Parties' desired course of action by April 30, 2026. Petitioner shall remain in the continental United States, pending the expedited briefing and disposition of this matter.

So ordered this 24th day of April, 2026.

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　George L. Russell, III
　　　　　　　　　　　　　　Chief United States District Judge